**354-15** ILE COPY

# ELECTRONIC RECORD

COA # 11-13-00052-CR                OFFENSE: 22.02

STYLE: **Jimmy Bernard Billingsley v. The State of Texas**         COUNTY: Tarrant

COA DISPOSITION:    AFFIRMED          TRIAL COURT: Criminal District Court No. 3

DATE: 2/27/15          Publish: NO    TC CASE #:    1235745D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Jimmy Bernard Billingsley v. The State of Texas**

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _04/29/2015_

JUDGE: _Per Curiam_

CCA #: **PD-0354-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

----------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**